FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

Jun 29, 2026

SEAN F. McAVOY, CLERK

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>IRA EARL KAHCLAMAT,<br><br>Defendant. | No.  1:23-CR-02051-SAB<br><br>**ORDER GRANTING MOTION TO DISMISS**<br><br>**\*\*U.S Marshals Service Action Required\*\*** |

Before the Court is the United States' Motion to Dismiss, ECF No. 69. The United States is represented by Michael Murphy. Defendant is represented by Craig Webster.

The United States asks the Court to dismiss the Indictment without prejudice and direct the release of Defendant from custody.

Accordingly, **IT IS HEREBY ORDERED**:

1.    The United States' Motion to Dismiss, ECF No. 69, is **GRANTED**.

2.    Pursuant to Fed. R. Cr. P. 48(a), the Indictment, ECF No. 1, is **dismissed**, without prejudice.

3.    The U.S. Marshals Service is directed to **release** Defendant forthwith.

//

**ORDER GRANTING MOTION TO DISMISS** ~1

4. The July 1, 2026 status conference is **STRICKEN**.

**IT IS SO ORDERED**. The District Court Executive is hereby directed to enter this Order, furnish copies to counsel and **the U.S. Marshals Service**, and **close** the file.

**DATED** this 29th day of June 2026.



Stan Bastian
Chief United States District Judge

**ORDER GRANTING MOTION TO DISMISS** ~2